UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRINA SILAS,

                        Plaintiff,

          -v-

UNITED PARCEL SERVICE, INC., *et al.*,

                        Defendants.

24 Civ. 3710 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On May 16, 2024, following defendants' removal of this case to this Court, the Court ordered defendants to file a letter answering several questions pertinent to the propriety of removal by May 21, 2024. Dkt. 3. Defendants failed to file such a letter or otherwise respond to the Court's order. On May 30, 2024, the Court *sua sponte* extended the deadline for defendants to file the required letter to June 3, 2024. Dkt. 7. Defendants have again failed to file a letter or respond to the Court's order.

The Court will give defendants one final extension. By June 11, 2024, defendants must file a letter on the docket of this case providing the following information:

1. Whether all defendants who had been served at the time of removal joined in the notice of removal.

2. Whether the notice of removal was dated more than 30 days after the first defendant was served.

3. If the action has been removed on the grounds of diversity jurisdiction, the citizenship of all named plaintiffs and all named defendants (including the citizenship of all members or partners in any non-corporate entity), if such states of citizenship were not set forth in the notice of removal.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 7, 2024
New York, New York

2